In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-387 CV


____________________



IN RE ANTHONY Q. MCCALL






Original Proceeding






MEMORANDUM OPINION (1)


 Anthony Q. McCall, an inmate confined in the Texas Department of Criminal
Justice, Correctional Institutions Division, seeks mandamus relief to compel Doug Lowe,
the Anderson County Criminal District Attorney, to prosecute a complaint. The
prosecuting authority for Anderson is not one of the persons against whom we may issue
a writ of mandamus. See Tex. Gov't Code Ann. § 22.221 (Vernon 2004). Therefore,
the relator has not shown that he is entitled to the relief sought.

 The petition for writ of mandamus, filed September 13, 2004, is DENIED. 

 PER CURIAM

Opinion Delivered September 23, 2004 

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.